THE LOUISVILLE, NEW ALBANY AND CHICAGO R. W. Co. *v.*
FRANCIS.

*S. C. Willson* and *L. B. Willson,* for appellant

WORDEN, J.—Motion to re-tax costs.

We are of opinion that the docket fee of four dollars, provided for by the 5th section of the act of March 5th, 1859, 1 R. S. 1876, p. 775, can only be taxed to the losing party in this court; and that, whether it can be collected of him or not, the winning party can not be compelled to pay it.

Ordered accordingly.